**Electronically Filed
Supreme Court
SCWC-24-0000078
30-APR-2026
02:18 PM
Dkt. 47 AMORD**

SCWC-24-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

PACIFIC HAWAII FOOD SERVICE LLC,
Respondent/Plaintiff-Appellee,

vs.

JIN QUAN YANG,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000078; CASE NO. 2CCV-22-0000181)

AMENDED[1] ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

The application for writ of certiorari filed by
Petitioner/Defendant-Appellant Jin Quan Yang on April 1, 2026,
is hereby rejected.

DATED: Honolulu, Hawai'i, April 30, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio



_____

[1] The Order Rejecting Application for Writ of Certiorari filed on April 29, 2026 (Dkt. 45) is amended to correct the filing date of the application from March 23, 2026 to April 1, 2026.